COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-089 -CV

 

 

IN THE INTEREST OF C.K.G.
AND R.T.G., CHILDREN

 

                                                                                                        

                                               ----------

             FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion To Dismiss The Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

 

PER
CURIAM

 

 

 

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED:  May 15, 2008











[1]See Tex. R. App. P. 47.4.